IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CATHERINE MOORE, as legal guardian and next friend of JONATHAN MOORE, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE NO.: CV422-147<br>)<br>) |
| HISCOX, INC., HISCOX INSURANCE COMPANY INC., LLOYD'S AMERICA, INC., d/b/a Certain Underwriters at Lloyd's, London, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant Certain Underwriters at Lloyd's London ("Underwriters") hereby removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

1.

Plaintiff initiated this action in the State Court of Liberty County, Georgia, where it was styled *Catherine Moore, as legal guardian and next friend of Jonathan Moore v. Hiscox, Inc., Hiscox Insurance Company Inc., Lloyd's America,*

*Inc., d/b/a Certain Underwriters at Lloyd's, London, and Certain Underwriters at Lloyd's, London*, Civil Action Number STSV2022000130. (A true and correct copy of the entire file of the state court lawsuit is attached hereto as Exhibit A.)

2.

Underwriters filed an acknowledgement of service of the complaint on June 13, 2022. (Exhibit B.) As such, this notice is timely. *See* 28 U.S.C. § 1446(b).

3.

Plaintiff seeks more than $75,000, thereby satisfying the amount in controversy for federal court jurisdiction under 28 U.S.C. § 1332(a).

4.

Plaintiff filed this action in her capacity as legal guardian and next friend of Jonathan Moore who is a citizen of Georgia. For purposes of federal court jurisdiction therefore Plaintiff in her representative capacity is a citizen of Georgia. *See* 28 U.S.C. § 1332(c)(2).

5.

Syndicate 3624 is the only Lloyd's syndicate whose members subscribe to Underwriters' Policy. The sole member of Syndicate 3624 is Hiscox Dedicated Corporate Member Limited, a private limited company organized under the laws of England and Wales whose principal place of business is located in the United

Kingdom. Accordingly, for purposes of federal court jurisdiction, Underwriters is a citizen of the United Kingdom. *See Underwriters at Lloyd's, London v. Osting-Schwinn*, 613 F.3d 1079, 1083 (11th Cir. 2010) ("syndicates of Lloyd's underwriters must plead the citizenship of each of their members."); *Vareka Inv. v. Am. Inv. Props.*, 724 F.2d 907, 909 (11th Cir. 1984) ("Under 28 U.S.C.A. § 1332(c), a foreign corporation is deemed to be a citizen of the state in which it has its principal place of business.")

6.

Defendant Hiscox, Inc. is a Delaware corporation with its principal place of business in Georgia. As such, Hiscox, Inc. is a citizen of both Delaware and Georgia but has been joined fraudulently to defeat diversity of citizenship jurisdiction. As such, its citizenship is not considered for purposes of this removal. *See Stillwell v. Allstate Ins. Co.*, 663 F.3d 1329, 1332 (11th Cir. 2011).

7.

Defendant Hiscox Insurance Company Inc. is an Illinois corporation with its principal place of business in Illinois. For purposes of federal court jurisdiction, Hiscox Insurance Company Inc. is a citizen of Illinois.

8.

Defendant Lloyd's America, Inc. is a New York corporation with its principal place of business in New York. For purposes of federal court jurisdiction, Lloyd's America, Inc. is a citizen of New York.

9.

There is complete diversity of citizenship between Plaintiff and all defendants except Hiscox, Inc. which has been joined fraudulently.

10.

All defendants have consented in the removal to federal court.

11.

Because this action was brought in the State Court of Liberty County, it is properly removed to the Savannah Division of the United States District Court for the Southern District of Georgia, pursuant to 28 U.S.C. §§ 1441(a) and 1446.

12.

Underwriters will file with the Clerk of Court for the State Court of Liberty County a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d), attached hereto as Exhibit C.

WHEREFORE, Underwriters removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

- 5 -

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Lee D. Whatling
Georgia Bar No. 689717
lwhatling@fmglaw.com

*Attorneys for Defendant*
*Certain Underwriters at Lloyd's, London*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF REMOVAL** on all parties or their counsel by filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey R. Harris
Jed D. Manton
Yvonne S. Godfrey
Madeline E. McNeeley
Harris Lowry Manton LLP
1418 Dresden Dr. NE, Unit 250
Brookhaven, GA 30319
jeff@hlmlawfirm.com
jed@hlmlawfirm.com
yvonne@hlmlawfirm.com
molly@hlmlawfirm.com

This 15th day of June, 2022

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com

*Attorney for Defendant*
*Certain Underwriters at Lloyd's, London*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)